IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRYL LAWRENCE, <br><br> Defendant. | **Case No.:** CR 24–552-AMO <br><br> [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |

The Court GRANTS Defendant's motion to file under seal the declaration of the person diagnosed with cancer, the declaration of Yevgeniy Parkman containing that person's name, and the medical records contained in Exhibits A and B to the declaration of Yevgeniy Parkman. The Court also GRANTS Defendant's motion to redact the name of the person diagnosed with cancer from the Reply in Support of Defendant's Motion for a Sentence Reduction.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

[~~PROPOSED~~] ORDER RE SEALING
*LAWRENCE*, CR 24–552- AMO

1