IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARRYL LAWRENCE,

Defendant.

**Case No.:** CR 24–552-AMO

**[PROPOSED] ORDER LIFTING THE STAY ON GRANT OF REDUCTION IN SENTENCE (DKT. 74)**

United States Probation has verified Lawrence's residence and found his release plan acceptable. The stay on the order granting Lawrence's reduction in sentence (Dkt. 74) is therefore lifted. Lawrence shall be released forthwith.

**IT IS SO ORDERED.**

Dated: July 17, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**